UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-cv-10015-JLK

DANIEL BETANCOURT,

    Plaintiff,

v.

IMPACT WINDOWS GROUP, LLC,
a Florida company,

    Defendant.

_____/

## NOTICE OF VIRTUAL DISCOVERY HEARING FOR JUNE 17, 2021

Defendant Impact Windows Group, LLC. ("Defendant"), by and through its undersigned counsel, hereby gives notice of a virtual discovery hearing before Magistrate Judge Jacqueline Becerra on **June 17, 2021 at 2:00 p.m.** Defendant intends to raise the following issues at such hearing and submit evidence in support of such issues to the Court at the hearing.

The Parties dispute the following issues:

(1) Whether Plaintiff's answer to Defendant's Interrogatory 14 is complete;

(2) Whether Plaintiff must execute a Florida Department of Economic Opportunity Release;

(3) Whether Plaintiff's responses to Defendant's Requests for Production Nos. 8, 30, 32, 33, 34, 36, and 43 are complete and responsive; and

(4) Whether Plaintiff's objections to Defendant's Requests for Production Nos. 48 and 49 are appropriate.

Dated: May 27, 2021

CASE NO. 21-cv-10015-JLK

Respectfully submitted,

s/ *Paul F. Penichet*
Paul F. Penichet, Esq.
Florida Bar No. 899380
Email: *paul.penichet@jacksonlewis.com*
Tiexin Yang, Esq.
Florida Bar No. 1010651
Email: *tiexin.yang@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATION OF COUNSEL CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the parties conferred multiple times in good faith but are unable to resolve the discovery disputes. Specifically, Defendant sent a Conferral Letter on April 19, 2021 to initiate the conferral process. Plaintiff served his first supplemental responses on April 30, 2021, without addressing any of the deficiencies outlined in the Conferral Letter. Counsel for the parties conferred over a conference call on May 4, 2021, during which Plaintiff's counsel agreed to amend certain responses, with some of the issues remaining unresolved. Plaintiff served additional supplemental responses on May 11, 2021. On May 19, 2021, I emailed Ms. Espino to schedule a call to confer on the remaining issues before scheduling a Hearing, but Ms. Espino declined to confer further.

s/ *Tiexin Yang*
Tiexin Yang, Esq.

CASE NO. 21-cv-10015-JLK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2021, the foregoing document is being served this day on all counsel of record or pro se Parties identified on the attached Service List via electronic mail.

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Betancourt v. Impact Windows Group, LLC*
**CASE NO. 21-cv-10015-JLK**

| | |
|---|---|
| Monica Espino, Esq.<br>Florida Bar No.834491<br>Email: *me@espino-law.com*<br>Espino Law<br>2655 S. Le Jeune Road, Suite 802<br>Coral Gables, FL 33134<br>Tel.: (305) 704-3172<br><br>*Counsel for Plaintiff* | Paul F. Penichet, Esq.<br>Florida Bar No. 899380<br>Email: *paul.penichet@jacksonlewis.com*<br>Tiexin Yang, Esq.<br>Florida Bar No. 1010651<br>E-mail: *tiexin.yang@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel.: (305) 577-7600<br>Fax: (305) 373-4466<br><br>*Counsel for Defendant* |