UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-cv-10015-JLK

DANIEL BETANCOURT,

    Plaintiff,

v.

IMPACT WINDOWS GROUP, LLC,
a Florida company,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF CANCELLATION OF VIRTUAL DISCOVERY HEARING ON JUNE 17, 2021

PLEASE TAKE NOTICE that the discovery hearing currently scheduled for today, June 17, 2021, at 2:00 p.m. before the Honorable Jacqueline Becerra, United States Magistrate Judge, is cancelled as the issues in dispute are now moot.

Dated: June 17, 2021

                                              Respectfully submitted,

                                              s/ *Paul F. Penichet*
                                              Paul F. Penichet, Esq.
                                              Florida Bar No. 899380
                                              Email: *paul.penichet@jacksonlewis.com*
                                              Tiexin Yang, Esq.
                                              Florida Bar No. 1010651
                                              Email: *tiexin.yang@jacksonlewis.com*
                                              JACKSON LEWIS P.C.
                                              One Biscayne Tower, Suite 3500
                                              2 South Biscayne Boulevard
                                              Miami, Florida 33131
                                              Tel.: (305) 577-7600

                                              *Counsel for Defendant*

CASE NO. 21-cv-10015-JLK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2021, the foregoing document is being served this day on all counsel of record or pro se Parties identified on the attached Service List via electronic mail.

s/ Paul F. Penichet<br>
Paul F. Penichet, Esq.

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Betancourt v. Impact Windows Group, LLC*
**CASE NO. 21-cv-10015-JLK**

| | |
|---|---|
| Monica Espino, Esq.<br>Florida Bar No.834491<br>Email: *me@espino-law.com*<br>Espino Law<br>2655 S. Le Jeune Road, Suite 802<br>Coral Gables, FL 33134<br>Tel.: (305) 704-3172<br><br>*Counsel for Plaintiff* | Paul F. Penichet, Esq.<br>Florida Bar No. 899380<br>Email: *paul.penichet@jacksonlewis.com*<br>Tiexin Yang, Esq.<br>Florida Bar No. 1010651<br>E-mail: *tiexin.yang@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel.: (305) 577-7600<br>Fax: (305) 373-4466<br><br>*Counsel for Defendant* |

4838-7917-6687, v. 1