# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-10015-CV-KING

DANIEL BETANCOURT,

    Plaintiff,

v.

IMPACT WINDOWS GROUP, LLC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the Stipulation of Dismissal With Prejudice (D.E. #18) filed October 6, 2021. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of October, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Monica Espino**
Espino Law, P.L.
2655 S Le Jeune Road
Suite 802
Coral Gables, Fl 33134
305-704-3172
Fax: 305-722-7378
Email: me@espino-law.com

*Counsel for Defendant:*
**Tiexin Yang**
Jackson Lewis P.C.
One Biscayne Tower
Two South Biscayne Blvd
Suite 3500
Miami, FL 33131
305-577-7600
Email: tiexin.yang@jacksonlewis.com

**Paul Fernandez Penichet**
Jackson Lewis P.C.
Two South Biscayne Blvd.
Suite 3500
Miami, FL 33131
305-577-7600

2

Fax: 305-374-4466

Email: paul.penichet@jacksonlewis.com